## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 6:23-CV-00819-AA

Plaintiff:
**Debbie Koehnke,**

vs.

Defendant:
**Unum Life Insurance Company of America,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Unum Life Insurance of America c/o Corporation Service Company, 1127 Broadway St NE, Suite 310, Salem, OR 97301**.

I, Mitchell Garcia, being duly sworn, depose and say that on the **9th day of June, 2023** at **3:02 pm**, I:

**SERVED** Unum Life Insurance of America c/o Corporation Service Company by serving 1 true copy of the **Summons; Complaint; Case Management Order; Civil Cover Sheet; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; Civil Case Management Time Schedules** to **Christina Hammock, Service of Process Technician** at 1127 Broadway St NE, Suite 310, Salem, OR 97301.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 28th day of June, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL STAMP
MICHAEL KENNEDY
NOTARY PUBLIC - OREGON
COMMISSION NO. 996669
MY COMMISSION EXPIRES FEBRUARY 13, 2024

Mitchell Garcia
Process Server
6/28/23
Date

RUSH PROCESS SERVICE, INC.
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2023005386