Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
Megan E. Glor, Attorneys at Law, P.C.
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **DEBRA KOEHNKE,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA,**<br><br>　　　　Defendant. | **Case No. 6:23-cv-00819-AA**<br><br>**STIPLATED JUDGMENT** |

Pursuant to the Court's Order dated September 19, 2025 (Dkt # 46), and the parties having agreed to this stipulated judgment,

IT IS ORDERED, ADJUDGED and DECREED that defendant shall pay plaintiff disability benefits pursuant to the terms of the Morrow Equipment group long-term disability plan ("the LTD Plan") for the period November 11, 2021 through November 11, 2023, in the total amount of $46,120.23.

**STIPULATED JUDGMENT**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED that defendant shall pay plaintiff prejudgment interest pursuant to 28 USC § 1961 in the amount of $6,411.31, through and including November 18, 2025, and prejudgment interest shall continue to accrue until the date that this Stipulated Judgment is entered by the Court.

IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED that plaintiff's benefit claim under the LTD Plan is remanded to the parties for further processing, pursuant to the terms of the LTD Plan, including for defendant to make a reasonably prompt determination as to plaintiff's entitlement to benefits subsequent to November 11, 2023.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED that any motion for attorneys' fees and/or costs shall be filed within 45 days of the entry of this stipulated judgment.

DATED:  November 20, 2025

/s/Ann Aiken
ANN AIKEN
United States District Judge

It is so stipulated:

By: *s/ Megan E. Glor*
Megan E. Glor, OSB No. 930178
megan@meganglor.com
MEGAN E. GLOR, ATTORNEYS AT LAW, P.C.

Attorneys for Plaintiff

By: *s/ Wm. Jere Tolton, III*
Wm. Jere Tolton, III, OSB No. 192692
jtolton@kilmerlaw.com
KILMER, VOORHEES & LAURICK, P.C.

Attorneys for Defendant